UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-00341-SPG-MBK | Date | August 11, 2026 |
| Title | Victor Hugo Gonzalez v. Ford Motor Company et al. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS**

In the parties' Rule 26(f) Report, the parties wrote that they consent to trial of the case before a magistrate judge. *See* (ECF No. 15). However, the parties did not file the necessary form to proceed before a magistrate. Therefore, on June 15, 2026, the Court ordered the parties to meet and confer on their agreement to proceed before a magistrate judge and, if the parties mutually agree to proceed before a magistrate judge, file a completed copy of Form CV-011D. *See* (ECF No. 23). To date, the parties have not filed a response.

In light of their failure to respond to the Court's order, the parties are ORDERED to show cause in writing, by August 19, 2026, why the Court should not impose monetary sanctions on counsel. The parties may discharge the order to show cause by filing a completed copy of Form CV-011D.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer pg